# EXHIBIT A

**Re: Character Reference for Adrian Kawuba**

Dear Honorable Judge Young,

I hope this letter finds you in good health and high spirits. I am writing to express my sincere admiration and unwavering support for my older brother, Adrian Kawuba, as he faces the legal challenges before you. I understand the gravity of the situation, and I appreciate the opportunity to share my perspective on the person I know Adrian to be.

From my earliest memories, Adrian has been more than a brother to me; he has been a source of inspiration, guidance, and support. Growing up, he set the bar high for me academically and athletically, pushing me to achieve my full potential. Our strong bond, forged on the soccer field, transcended mere sibling camaraderie. Adrian was not just my trainer and coach; he was my mentor, my confidant, and my steadfast supporter.

Through the years, Adrian's influence extended far beyond our shared soccer endeavors. He dedicated countless hours to helping me with homework, tutoring me for the SATs, and attending my soccer games. Even in moments of personal struggle, such as my desire to leave Boston College when my athletic career took an unexpected turn, Adrian was there to impart invaluable lessons of resilience, hard work, and perseverance. His guidance shaped not only my academic and athletic pursuits but also my character and determination to overcome challenges.

As I ventured into the professional world, Adrian continued to play a pivotal role in my life. He offered me the opportunity to intern at his business, providing mentorship and guidance as I navigated the early stages of my career. His unwavering support and belief in my abilities fueled my entrepreneurial spirit, and I am grateful for the opportunities he afforded me. To this day, I seek out his advice in business.

Beyond the familial and professional realms, Adrian has consistently demonstrated qualities of compassion, integrity, and selflessness. He has been a friend and mentor not only to me but to many others in our community. His generosity knows no bounds, and his commitment to helping others has left an indelible mark on those fortunate enough to know him.

Learning about Adrian's legal challenges was a shock, as it seemed incongruent with the person I have known him to be throughout my life. However, I firmly believe that this setback does not define him. Instead, I see it as an opportunity for growth, reflection, and redemption.

Adrian is a man of faith and good character, and I am confident that he will use this experience to emerge stronger, wiser, and more compassionate. Even as a victim in the legal case, I have continued to support him because I know that his remorse is genuine, and he is committed to learning from his mistakes.

I am writing to humbly request leniency and a more rehabilitative alternative for my brother. I believe that Adrian's innate qualities of resilience, hard work, and determination, combined with the support of the justice system, can pave the way for his successful rehabilitation. Rather than punitive measures, I ask for an approach that recognizes his potential for positive change and the impact he can have on others through his journey of redemption.

In conclusion, I am grateful for your time and consideration of this letter. I implore you to see beyond the current circumstances and recognize the remarkable person my brother is. Adrian has always been a beacon of inspiration for me and others, and I am confident that with the right support, he can continue to positively impact the lives of those around him.

Thank you for your attention to this matter, and I trust that your wisdom will guide you in making a decision that serves the interests of justice and the potential for rehabilitation.

Sincerely,

Ado Kawuba