# EXHIBIT B

Honorable Judge Young
One Courthouse Way
Boston, MA 02210

February 15, 2024

Re: Letter of Support for Adrian Kawuba

Dear Judge Young,

My name is Rose Kiggundu. I am writing to you as an aging and social services practitioner and a devoted mother, seeking to provide a comprehensive perspective on the character of my son, Adrian. I understand the gravity of the situation at hand, and I humbly request your consideration of the broader context and deeper insight into Adrian's character.

Adrian is not just my son; he is also a cherished friend, a caring sibling, and an integral member of our close-knit family. He embodies the values of compassion, generosity, and hard work that have been instilled in him since childhood. Allow me to provide you with a multifaceted view of Adrian's character, illustrating his contributions to our family, community, and society at large.

**Adrian the Caring Son and Integral Member of a Supportive Family:** Adrian's upbringing within a close and supportive family has shaped him into the compassionate and empathetic individual he is today. Raised amidst humble beginnings, Adrian and his siblings grew up sharing one bathroom with the many cousins, aunties, uncles, and other relatives, we have helped and lived with all our lives. Adrian learned the importance of kindness, selflessness, and community support from a young age. His love for family, coupled with his innate warmth and sociability, has made him a pillar of strength for those around him. What Adrian saw and heard growing up has turned out to be, largely, the same values he has lived out in the adult part of his life. Your Honor, Adrian has lived his life as a kind, helpful, caring, knowledge-sharing, and giving person to his family, his peers, and people in our community. That's who he is.

Adrian's dedication to family extends beyond words; he actively participates in caring for his father, who is currently battling cancer. Adrian brings his persona to the role, brings soups, helps him with paperwork, runs errands, engages him in conversation, listens, laughs, and puts a smile on his face. His patience, attentiveness, and unwavering support bring solace and comfort to our family during these challenging times.

Adrian is a brother's keeper too. His commitment to his siblings' well-being is equally commendable, as he has served as a mentor and role model, guiding them through academic and personal challenges with care and encouragement. For example, when my younger son did not do well on his first attempt with standardized testing, Adrian took it upon himself to help and prepare him better. I saw how hard they both worked until my younger son got a good score that allowed him to get into Boston College. Adrian once again came to the rescue of his younger brother when he almost squandered his opportunity to complete college there. I saw and know that Adrian's one-on-one counseling, redirection, and influence helped a lot to keep and enable my younger son to graduate at Boston College, a school he had worked so hard to get into.

**Adrian the Knowledgeable and Multi-Skilled Individual:** Adrian's entrepreneurial spirit and diverse skill set have enabled him to positively impact numerous lives within our community. He is not only athletically and academically gifted, but also a very resourceful and skilled individual whose idea development, knowledge, and business conceptual abilities have been widely sought by many companies, peers, family, and community members. He has great social skills. Whether through his academic achievements, volunteer work, or coaching endeavors, Adrian consistently demonstrates a genuine desire to help others succeed. For example, at Drew University, Adrian used to tell us how he was helping out with tutoring and giving a hand to some of his classmates who were having a lot of anxiety and worries about failing their statistics class. In some of his yearbooks and verbal commentary, I saw and read that Adrian was instrumental in helping them to successfully finish their Statistics class.

Adrian has also served as a mentor for inner-city children and students providing them with hope and support, inspiring them to consider higher education, and offering some, hands-on assistance with the college application process.

From small acts of compassion such as frequently holding an elderly lady's hand, nervous about crossing the street after she visits the Watertown library, to bigger acts of kindness and being there for people such as sharing knowledge and tools to help inner-city kids to navigate a college application process, or sharing knowledge with family and friends aspiring to start small businesses, Adrian has always and continues to be available to help people in need.

As a soccer coach and mentor, Adrian has inspired countless children and adolescents, instilling confidence and imparting valuable life lessons both on and off the field. His selfless contributions to community service initiatives, coupled with his unwavering dedication to uplifting those in need, underscore his innate altruism and desire to effect positive change.

His dedication to academic excellence, exemplified by his Magna Cum Laude status and leadership roles at university, reflects his commitment to personal and professional growth.

**Adrian as a Valued Member of Our Community:** Adrian's impact extends far beyond our immediate family, as he actively engages with and supports various community initiatives. For instance, he has done a lot of good as a member of our community's soccer team, serving as a resource, and sharing his skills, and knowledge, on various topics, with younger and older black men in their 30s, 40s and 50s in our community who continue to struggle with living a healthier lifestyle. Adrian serves as a good role model – informally educating them about the importance of exercising daily, eating a healthy diet, voluntarily and frequently sharing knowledge, information, tips, etc.

During Adrian's middle school and high school years, he was one of the local soccer coaches for the Watertown League. He did this during the weekends which was his only free time.

From promoting health and wellness among peers to providing mentorship and guidance to underserved youth, Adrian's altruistic endeavors exemplify his commitment to fostering a more compassionate and inclusive society.

Looking at the reviews on CoachUp and from my observations of Adrian on the soccer field as he worked to instill confidence, impart skills, play around, and have fun with the kids he coached in our neighborhood (for example at the Newton High Athletic field where I went personally a couple of times to watch and help him carry training equipment), I know Adrian is a very skilled and valued young people's soccer coach in the neighboring suburbs.

Here is an example of what parents and trainees have said about him over the years.

> *" Adrian is a fantastic coach! He is kind, and patient and gives clear instructions in an encouraging and positive way. Our ten-year-old son enjoys every minute of his sessions with Adrian! Adrian has helped both our son's skills as well as his confidence (especially with his goalie skills). Thanks Adrian!"* (Alson, CoachUp client)

> *"Coach Adrian has been excellent for my girls (ages 9 and 12). They have each had several sessions now, and both girls enjoy it and are improving rapidly. He has a great rapport with kids and easily keeps them working hard and having fun. I highly recommend him."* (Bill, CoachUp client).

> *"Cool coach. Definitely going to make me a really good player! He is a really chill guy and he makes the session go by fast! Like literally you just started and its done…because you enjoy it too much. Good practice & workout!"* (Marisabell, CoachUp client)

> *"Coach Adrian is excellent. After having about four sessions with him, I can already see very visible improvements in my physical skill and mental confidence. He really finds a way to unlock your inside potential and use it to make you an outstanding player. I can only imagine where I will be in a few years with Coach Adrian's help"* ( Sammy, CoachUp client).

As a soccer coach and mentor, Adrian has been instrumental in empowering young athletes, fostering teamwork, and instilling a sense of camaraderie among players. His dedication to community outreach and service reflects his unwavering belief in the transformative power of education, mentorship, and collective action.

**Adrian, a Regretful and Deeply Remorseful Man:** In light of recent events, Adrian has exhibited profound remorse and accountability for his actions. He acknowledges the pain and hardship caused by his mistakes and is committed to making amends and seeking redemption. His genuine remorse, coupled with his unwavering determination to rectify past wrongs, speaks volumes about his character and integrity.

**Adrian's Repurposed Goals and Priorities:** Adrian's transformative journey has inspired him to reassess his goals and priorities, with a renewed focus on serving others and fostering positive change. He aims to help others to stay away from the kind of poor decisions and serious errors he made. He seeks to inspire, motivate, and encourage others who are going through difficult times. He wants to demonstrate that in life you will inevitably fail somewhere and make mistakes. He wants to emphasize though, that what matters is what you do afterward to make people whole and rise as a positively changed person.

Adrian has taken measures such as enrolling in courses and enrolling advisors to learn and develop himself as a person. He intends to demonstrate that you can always bounce back from adversity and become even stronger if you're willing to be accountable, face your crisis head-on, do the work, maintain a steadfast attitude, make some changes in your goals and priorities, live within your means, engage expert resources and those in your family, community, friends, and others in your support system able to guide and support you.

His commitment to personal growth, education, and community service exemplifies his resilience and determination to overcome adversity and emerge as a stronger, more service-driven, and oriented individual.

**Our Plan to Support Adrian's Path to Redemption:** As Adrian's family, we are committed to providing unwavering support and guidance as he navigates this challenging chapter in his life. Our collective efforts will focus on fostering emotional resilience, facilitating community engagement, and promoting personal accountability. Through open communication, structured routines, and therapeutic interventions, we will work tirelessly to ensure Adrian's successful rehabilitation and reintegration into society.

In closing, Your Honor, I implore you to consider the entirety of Adrian's character and his potential for redemption. While he acknowledges his mistakes, Adrian remains a man of integrity, compassion, and resilience. With the support of his family and community, Adrian is determined to atone for his past transgressions and embrace a future defined by service, compassion, and personal growth.

Thank you for considering my perspective, Your Honor. I trust in your wisdom and compassion as you weigh the totality of factors and considerations in making your decision.

Sincerely,

*[signature]*

Rose Kiggundu
41 Crawford St
Watertown
MA 02472