# EXHIBIT C

Honorable Judge Young
One Courthouse Way
Boston, MA 02210

February 13, 2024

<u>Re: Letter of Support for Adrian Kawuba</u>

Dear Honorable Judge Young,

I have the immense pleasure to share this letter of support for my son Adrian Kawuba.

My name is Arthur Balikuddembe, and I am the father of Adrian Kawuba. Based on my very close and deep personal relationship with my son, I would like to humbly share a few traits that define who Adrian is, particularly the role he has played in supporting me through my battle with Bladder Cancer and other recently identified chronic conditions: but more importantly, his contribution to society over the last few years.

*Adrian's caring nature combined with his empathy for others has been instrumental in* my healing journey from cancer. From when I was diagnosed close to four years ago, my son has taken up a "carer" role, often spending immense amounts of time with me either in person or over the phone. Practically, he has driven me to my doctors and chemo appointments, patiently waited in waiting rooms, picked up my prescriptions etc. However, his emotional support has been the most important ingredient as I fight this battle. Because of his charismatic and positive outlook to life, Adrian has constantly reminded me not to give up and to keep fighting. Through our deep conversations, he has challenged me to think about how I can turn my current situation into a force for good, particularly for society. He often asks me what life-lessons this situation has taught me and what him and his siblings can take away.

This brings me to my second point, Your Honor: Adrian is a giver. Adrian is extremely generous with his resources, particularly his time. From a very young age this was very evident because during his middle-school and high school years, Adrian coached soccer for the town league during his only free time which was the weekends. During University, Adrian tutored economics and statistics to fellow students again demonstrating his "giving nature". He has spent countless hours both on and off the soccer field mentoring young adults, particularly immigrants about the importance of financial planning, how to build and maintain good credit. Through his motivational talks, he has encouraged many inner-city children such as the ones he was coaching at Brighton High School to attend college, helped them prepare their applications but above all, encouraged them to make the right choices as young people. As Adrian always says, "I want to prepare young people for the biggest game they will ever play—the game of life".

Adrian is a hard-worker, Your Honor. Adding to his entrepreneurial spirit and "go-getter" attitude, Adrian has been instrumental in supporting companies in the development of business plans and proposals. Before he moved out of the house, I often found him reading business articles, writing proposals and business plans beyond day light hours. He is always full of bright and innovative ideas that have been sought after among his peers, family members and community members. That said, what is striking to me as his father, Adrian is always looking to see how he turns his hard work into transformative initiatives for people and planet. For

example, at a very young age during his university years, Adrian was instrumental in helping his brother Arnold set up a charity at university that sought to make education accessible, available, and affordable for extremely impoverished children in Uganda. He helped his brother design a self-sustaining model that would truly change the lives of many children who had no access to an education.

As a father I would never want Adrian to be in the situation that he finds himself. Over the last year, I have witnessed Adrian express his deep remorse, accept responsibility, and take it upon himself to be 100 percent accountable to those that he has wronged. That said, Your Honor, what has stricken me the most, is his drive, zeal, and motivation to turn this situation around so he comes out a better and transformed person that is even more useful to society. He often tells me that he wants to use this unfortunate situation in his mentorship and motivational speaking opportunities to educate young people on the importance of integrity particularly in business.

As his father and his family, we are all prepared to support Adrian as he resets his life, particularly in his endeavors which seek to educate others not to go down the same path. As a family we have engaged in deep discussions on how we can support Adrian if given a second chance. For example, we will provide an inducive environment that fosters open communication about feelings and experiences. Personally, I have committed to convene family meetings where we will discuss progress and any challenges that Adrian may have to ensure he has the full emotional support that he needs. Practically, we have offered Adrian a spare room at home to ease the transition but more importantly to ensure he has a stable environment to help him maintain focus on personal growth. Adrian's commitment within the community is something very important to him and we will encourage him to continue participating in local community service projects. Your honor, if given a second chance, as his father, I am committing to take it upon myself to always keep him accountable but more importantly support him as he weathers this storm.

Sincerely,

Arthur Balikuddembe