# EXHIBIT D

7108 Westover Way
Somerset, NJ 08873

February 10, 2024

Honorable Judge Young
One Courthouse Way
Boston, MA  02210

Dear Judge Young,

### Re: Letter of Support for Adrian Kawuba

My name is Sarah Kasule,  a retiree from Rutgers, The State University of New Jersey.

I am Adrian Kawuba's maternal grandmother.  When Adrian was admitted to Drew University in 2007, he requested me to co-sign his student loan for him, which I did without hesitation.  I know that he is a responsible grandson who would pay his loan and he did.

We are an extremely close family, and we are always there for each other.  Therefore, it was my responsibility to help my grandson.

On December 15, 2010, when Adrian was awarded his degree, I was an incredibly happy grandmother to see him achieving that milestone.


Respectfully,

Sarah Kasule