# EXHIBIT E

Honorable Judge Young
One Courthouse Way
Boston, MA 02210
02/08/2024

Dear Honorable Judge Young,

I am writing to provide support for Adrian Kawuba, whose sentencing is approaching on March 14, 2024. As Adrian's brother, I have had the privilege of witnessing firsthand his dedication, resilience, and unwavering commitment, not only to his endeavors as a college athlete but also to his personal growth and the well-being of those around him.

Adrian has always been more than a brother to me; he is a mentor, a motivator, and a constant source of inspiration. Throughout my collegiate sports journey, Adrian has been my pillar of strength, dedicating countless hours in the summer to train me, even on the days when I felt like I was asking too much. His encouragement and relentless push for excellence have molded me into the person and athlete I am today, instilling in me values of discipline and determination allowing me to use these skills to give and uplift others for example, stepping in to give tactical knowledge to myself and other teammates to improve our performance.

Beyond his role as a dedicated athlete and trainer, Adrian embodies qualities of compassion, empathy, and kindness. He is always the first to lend a helping hand to those in need, whether it's offering support to his teammates during tough times or volunteering in our community to make a positive impact.

Adrian's journey has not been without its challenges, but it is through adversity that his true character shines. My brother has been deeply affected and feels deeply remorseful about what happened, and he has since been seeking every opportunity to make whole those he has wronged. He has remained steadfast in his pursuit of self-improvement and has emerged stronger and a changed man that seeks to contribute positively to society.

As Adrian's brother, I can attest to his integral role within our family. He is not only a loving son and brother but also a loyal friend and valued member of our community. His return to society will undoubtedly be met with open arms, as he continues to contribute positively to the lives of those around him.

In closing, I humbly and politely request that you, Honorable Judge Young, consider the full scope of Adrian's character and the positive impact he has had on many lives, including my own. While he may have made mistakes, I firmly believe that with the support of our family and community, Adrian will thrive and make even more meaningful contributions to society.

Sincerely,
Malcom Kawuba