# EXHIBIT F

Honorable Judge Young
One Courthouse Way
Boston, MA 02210

13 February 2024

Re: Letter of Support for Adrian Kawuba

Your Honor,

I am pleased to share this letter of support for my young brother, Adrian Kawuba.

My name is Arnold Kawuba, and I am the Regional Private Sector Partnerships Manager, working for the United Nations World Food Program in Dakar, Senegal where I cover a portfolio of 19 countries contributing to an agenda that seeks to save and change the lives of the most vulnerable and hungry-poor people in the world.  I have known Adrian for the last 33 years, from when he was born in our very humble and modest home in Kampala, Uganda until today.

In both professional and personal settings, I am often asked "who is the one person that I look up to"; and without much thought, my answer is always and undoubtedly, my little brother, Adrian Kawuba. There are many reasons for this but Adrian's **"hard work/can-do" attitude,** combined with his **leadership** and **empathetic** traits are what define him as a person and my hero.

Adrian is one of the most hard-working people that I know.  Growing up, we shared a bedroom and there is not a single night that went by without Adrian reminding me of the importance of working hard if I am to achieve my full potential. He pushed me every single day to be my very best and if you look at the ceiling of our childhood bedroom today, it is full of inspirational quotes, handwritten by Adrian all about the importance of working hard if one is to achieve their life-long dreams. Nothing has changed today because every time we speak, Adrian doesn't stop reminding me of the importance of hard-work and he does the same with my other brothers and cousins.

I have witnessed Adrian living out what it means to work hard. For example, after school, we often had sports practice, following which we had to do homework, and while I was exhausted by the end of the day, Adrian would start to prep for his weekend community service engagements which often involved volunteer soccer coaching for the Watertown children's leagues. In college, while he undertook a full course load, he somehow found time to voluntarily tutor statistics and economics for students who were struggling with their course work in addition to playing for the varsity soccer team, all four years.

**Adrian is a leader** who leads "quietly" and from "behind". He is very humble and modest, yet he takes on incredible projects that seek to transform people's lives. Within the immigrant community, particularly among the less privileged or those that have limited education attainment, Adrian has taken it upon himself to freely provide basic financial literacy training, always emphasizing the importance of having good credit. He is often training all of us on financial management, again transferring his knowledge free of charge. He has inspired so

many young people through his speaking engagements to never give up in life and to always wake-up each day and give it their very best.

Because of his **empathetic and inspirational nature**, Adrian has taken it upon himself to be of service to others as a life-long commitment. He often says to me "no one can thrive in a world that is failing". He truly does live by these words because Adrian is engaged in many social and community initiatives. For example, while at University, I founded the Drew Uganda Initiative (DUI), an endeavor to provide education to the poorest children in Uganda through the construction of schools and other facilities. Adrian was greatly involved in this initiative by supporting us through fundraising efforts and constantly giving us ideas of how to make the initiative more sustainable. Additionally, Adrian has taken on mentorship obligations for many children here in the United States, on and off the soccer field.

Your Honor, Adrian is an integral and critical member of our family. In both "good" and "bad" times, Adrian is the glue that often brings us together. His binding sprit, positive outlook to life and very caring heart have seen us through some of the toughest periods as a family particularly as our father battles with gall-bladder cancer. In my absence as the big brother due to work engagements oversees, Adrian has taken on a "caring" role for dad, of course with all the other family members also supporting.

As a family we have all committed to support Adrian emotionally through family meetings to discuss progress but to also have open dialogue and communication about feelings and experiences. Because of Adrian's commitment to stay involved in community initiatives, we will continue to encourage him to participate in local service projects such as the ones he continues to engage in every Saturday together with our mother and younger brother, Adolph. We will all leverage our networks to connect him with mentors within the community to continue providing counsel. We have committed to collaborating on goal setting and keeping him accountable on progress against his personal goals as well as personal development following this incident. We will encourage him to participate in therapy and healing sessions and to ensure we as a family come together to engage in family therapy and accountability sessions. Accountability is a an extremely important aspect that we are taking very seriously Your Honor. We will continue working with Adrian on an accountability plan and more importantly track its implementation as a family. As a family we have set out clear expectations from Adrian and we commit to making him accountable for positive behavior, if given a second chance Your Honor.

Against this backdrop, Honorable Judge Young, allow me to politely and respectfully convey the depth of Adrian's deep remorse and conviction to make "whole" those that he has wronged. He has accepted responsibility for his wrong-doing and now seeks a second chance to set things right and to learn from his mistakes with a goal to become a better person and make an even bigger and positive impact on society.

Sincerely,

*Arnold kawuba*

Arnold Kawuba