# EXHIBIT G

10 Martha Street

Edison, NJ 08820

732-710-5566

shamzed@hotmail.com

To: Honorable Judge Young

 One Courthouse Way

 Boston, MA 02210

My name is Shamim and I am a maternal aunt to Adrian Kawuba. I have known Adrian since he was a young man about to start college. Adrian did very well in his college career.  I remember how excited he was when I attended his graduation. He was very happy, full of excitement, energy, and eager to get into the real world to make a difference in the lives of many. Since graduating college, he has been very influential and helpful in the lives of so many, including family and his Boston community at large.

Adrian is an extremely valuable member of the community both within our larger international family and beyond.  Given that most of our larger family grew up in poverty, and some still struggling, Adrian unselfishly gives his time and willingly shares his knowledge without reservations to help our family because he feels that every human being, family and beyond, should be able to achieve financial freedom and live a descent and comfortable life. The young men and women in our family look up to Adrian and value his advice and knowledge that he shares to help uplift them. He is very vital to our larger family, and we are willing to support him every step of the way because we are a loving, forgiving, and supportive family especially since he has taken responsibility for his actions.

Adrian has used his knowledge and skills in the financial field to help others advance to achieve valuable knowledge in entrepreneurship, business administration, and cost control. Personally, he helped me greatly in the early days when I contemplated starting a Limited Liability Company (LLC). He was always available to advise me every step of the way as I went through the entire process. And once I was successful with setting up my LLC, he advised me to visit the different local banks to find one that would impose less fees but offer more benefits for a small business.  Since he knew that I needed to record the business milage, he advised me to look at the different mileage applications(apps) that I could use to make it easier for me to track the mileage during the work hours. Honestly, without Adrian's advice, I would not have followed through with starting my own LLC. I cannot thank him enough for the countless hours on the phone, the text messages to guide me through the entire process toward my own financial freedom.

Not only did Adrian help me to start my LLC, but also encouraged me to self-manage my savings and retirement portfolio. Since I did not have a job that was offering a retirement 401K account, he strongly advised me to research and read up on the types of retirement accounts, both IRA and Roth IRA before I could make my decision. Because he is a selfless individual, he also suggested a few ways that I could invest for his younger cousins, my children. While we were on the phone several times, he would break everything down from how old they are today, and if I put away a little at a time now, they would

have quite a lot when they became adults. He advised me to start with just $10 a month for each one of them so that when they became adults, I could pass the accounts onto them whereby they would have a starting point as they ventured into adulthood. He strongly suggested that I start a college fund for his younger cousins, my children, so that it would be easier to pay for college, so they do not have to take student loans.

Adrian shared his expertise with our family at large as well. When we, as a family decided to start a business to build generational wealth especially to help the less fortunate family members, and to help with unfortunate events such as family deaths and illnesses, he was readily available to share his knowledge and advise on how we could build wealth. He literally spent hours during our family zoom meetings, educating all of us on how to properly register a business and run it successfully. He also encouraged all of us to research and read more, so that at the follow-up meetings, we could all share what we had learned about the process of building wealth.

Adrian believes in sharing his knowledge with others to build everyone, which makes him an extremely valuable member of every community, small or large. We value Adrian as a member of our family, and we will continue to support him during the entire process.

Sincerely,

*shamimdean*

Shamim Dean