# EXHIBIT H

Tom Bakkabulindi

301 Engamore Ln Apt 207

Norwood Ma 02062

2/9/2024

Honorable Judge Young

One Courthouse Way

Boston, Ma 02210

Dear Honorable Judge Young,

I am writing to express my deepest gratitude and to share a bit of my journey, significantly influenced by an extraordinary individual, my cousin Adrian Kawuba. Since my arrival in America, Adrian has been a pivotal figure in my life, guiding me through numerous challenges and milestones that have shaped me into who I am today.

Upon my arrival, the concept of credit in the financial system was foreign to me. Adrian took it upon himself to educate me on how to build a solid credit foundation, an essential tool for my future endeavors in this country. His patience and clarity in explaining these concepts were instrumental in helping me navigate my financial journey successfully.

Adrian also introduced me to the intricacies of driving in the U.S., a skill that has granted me independence and broadened my horizons. He didn't stop there; he made it his mission to ensure I was well-acquainted with Boston, my new home. From historical sites to cultural hotspots, Adrian's tours around the city made my transition into this new environment a joyful discovery rather than a daunting change.

Understanding the importance of education in achieving personal and professional growth, Adrian encouraged me to further my studies. His belief in my potential led him to recommend me for a scholarship, a pivotal moment that enabled me to complete my Bachelor of Arts in Management - Logistics and Operations from Southern New Hampshire University in October 2023. This achievement was not just a milestone but a testament to Adrian's unwavering support and belief in me.

Adrian's support extended beyond personal development; he was a beacon of guidance in practical life skills. Whether it was driving me to job interviews, assisting me with job applications, or teaching me how to navigate the public transportation system, Adrian was there. His comprehensive support system was crucial in helping me adapt to life in America, enabling me to stand on my own feet.

In summary, Adrian Kawuba has been more than a cousin to me; he has been a mentor, a guide, and a pillar of support. His influence has been a major contributing factor to my successes and my ability to overcome the challenges of adapting to a new country. I am forever grateful for his generosity, wisdom, and the invaluable lessons he has imparted upon me.

Thank you for allowing me the opportunity to share my experience and the profound impact Adrian has had on my life.

In closing, I earnestly implore Your Honor to kindly consider the depth of my cousin's remorse, strides towards rehabilitation, and the positive impact he can make in society with a second chance. In our family, we firmly believe in forgiveness and helping people improve. As a family, we are prepared to do exactly that.


Sincerely,

*DocuSigned by:*
*9B99CDBABB484EE...*

Tom Bakkabulindi.