# EXHIBIT I

Christopher R. Chatfield
113 Townhouse Road
Lincolnville, ME 04849

February 13th, 2024

To The Honorable Judge Young,

I would like to write a letter of support on behalf of Adrian Kawuba.

Adrian worked for me on my farm during the summer between his junior and senior years of high school. It was a summer when my regular farm helpers were suddenly not available, and through a mutual acquaintance, I heard Adrian might be willing to come on short notice to stay with and work for me for several weeks at the height of the summer season.

My farm is multi-dimensional. I produce thousands of pounds of vegetables, and I have a fruit orchard that requires timely harvesting. In addition to raising turkeys and chickens, my farm also has horses in 45 acres of pasture with fences to be maintained, manure to be composted, and water to be dispersed. During the time of Adrian's work, we were cutting hundreds of bales of hay, tedding and baling it, and bringing it by wagon into the barn for storage.

Adrian went right to work and quickly understood what this was all about. Not only that, he gave every impression that he was enjoying it! He was willing to do the hardest, dirtiest work – whatever I needed from him – and he never once complained. He was up in the morning first thing, and ready to go. I can only imagine what his impressions were of a Maine farm, but we got through our work on the crest of very engaging conversations. I am a graduate of the University of North Carolina with a degree in English, and enjoy a good conversation while working. Adrian proved to be an excellent companion in this regard.

I would also like to mention his uncanny sportsmanship. I had heard that he was an amazing soccer player. In an effort to give him a bit of a break from the long farm days, I took him up to Belfast where I had friends on a n adult soccer team. Joining the game, Adrian was respectful, polite and friendly, and although he was clearly the best player by a large margin, he played down to the others, passed frequently, and never once showed off. I was especially impressed by this, knowing how easy it would have been, for a 17 year-old with so much ability, to want to show off. Instead, he joined the team in a way that made everyone else play better.

Thank you for your consideration,

Yours,

*Christopher R. Chatfield*

Christopher R. Chatfield