# EXHIBIT J

Honorable Judge Young
One Courthouse Way
Boston, MA 02210

February 13, 2024

Dear Judge Young,

My name is Elizabeth Gilmore. I am 72 and have dedicated my professional life to working with childrens' and environmental education nonprofits. My husband is a retired lawyer and we reside in Cambridge, MA. I submit this letter in connection with the upcoming sentencing hearing for Adrian Kawuba

As you will have surmised from other submissions, Adrian is the middle of three brothers, the sons of Rose Kiggundu and Arthur Balikkudembe. I first met Adrian roughly twenty years ago when he came to the United States at age 12. I was very struck by his composure, sincerity, and motivation, and especially his intelligence. In advance of coming to the United States, he had already established himself as a strong student and it was clear that his family culture – going back many generations – was one of education and hard work.

I met Adrian through his father, Arthur, who worked for a nonprofit organization with which I was affiliated. I soon discovered Arthur was skilled not only in mechanical engineering, but given the chance, he created a thriving second job by doing short-distance moves, by tending my friends' elderly demented family members, by gardening, repairing furniture, driving, and even hanging paintings for artists' shows. In the midst of coordinating these referrals, I got to know the entire family very well, and was included in family events such as graduations and religious confirmations.

I have known Adrian both within the context of his family and also in the context of his academic efforts. My association with him became independently established when, during high school, he became a writer for an outstanding educational enrichment program of which I was the Executive Director. In this program, forty students from diverse inner city communities worked together as environmental journalists, creating a natural science newspaper called GreenTimes. Adrian and the other writers provided science enrichment to 50,000 younger readers in cities such as Lynn, Lawrence, Lowell, Chelsea and Boston. Becoming a GreenTimes writer was very selective and required serious commitment. Adrian never missed a deadline. He excelled in this program, chose great topics, wrote exceptionally well, and was a highly regarded member of the team. The readers adored his articles and the classroom teachers in particular appreciated his choices because the teacher units were so enriched by his comprehensive details.

In the years since, he has also proved himself to be an extraordinary athlete and coach. I remain very proud of everything he has accomplished _especially_ in light of the many obstacles which he and his family have had to overcome.

Most Sincerely,

*Elizabeth Gilmore*

Elizabeth Gilmore
47 Reservoir Street, Cambridge MA 02138