# EXHIBIT K

Tuesday, April 2nd, 2024

Honorable Judge William G. Young

Boston Courthouse

John Joseph Moakley U.S. Courthouse

1 Courthouse Way, Suite 2300

Boston, Massachusetts 02210

**Re: Sentencing for Case Number 1:23-cr-10012-WGY - USA v. Kawuba**

Dear Judge Young,

I write to you today with a heavy heart and a profound sense of remorse as I await my upcoming sentencing. I am acutely aware of the gravity of my actions and the pain and disappointment they have caused to so many individuals, including those directly affected by my wrongdoing, my loved ones, and the community at large.

I want to begin by expressing my sincere regret for the choices I made during a dark period in my life. I take full responsibility for the harm I have caused, and I am committed to making amends and rebuilding trust in the community.

Secondly, I am compelled to provide you with a more detailed understanding of the circumstances surrounding my wrongdoing, in the hope that it may provide some insight into the choices I made and the path that led me astray.

During the dark period in my life when the crimes to which I have pleaded guilty occurred, I was grappling with a myriad of challenges that clouded my judgment and led me astray from the values and principles that have guided me for much of my life. Having pursued a career as a soccer player, only to face rejection and disappointment, I found myself adrift and grappling with a profound sense of emptiness and unworthiness. These feelings were compounded by deep-seated insecurities stemming from my upbringing in Uganda, where I experienced poverty and hardship firsthand.

In my desperation to feel worthy and avoid disappointment, I made choices that I knew were wrong but felt compelled to justify in the moment. The fear of getting in trouble after realizing I was dealing with extremely powerful people and the desire to belong in the circles I had been introduced to clouded my judgment, leading me down a path of deceit and dishonesty. I want to be unequivocally clear: there is no excuse or defense for my actions. I take full responsibility for the harm I have caused and the trust I have betrayed.

One particular example that weighs heavily on my conscience is the betrayal of trust I inflicted upon ▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮ individuals who entrusted me with their hard-earned money. ▮▮▮▮▮,

a dear friend, consistently told me that the returns I provided were helping with his sister's medical expenses for cancer treatment, while ████, another close friend, believed in my promises of financial growth. I allowed my desperation to avoid disappointing them to cloud my judgment, leading me to make choices that I deeply regret. I am profoundly sorry for the pain and disappointment I have caused them, as well as the financial losses they suffered due to my actions. I understand that my actions have consequences, and I am prepared to face them with humility and contrition.

Since pleading guilty, I have taken concrete steps to address the root causes of my behavior and to ensure that I never again succumb to the darkness that consumed me during that time. I have sought therapy to confront and overcome my deep-seated insecurities, and I have begun the process of rebuilding my sense of self-worth on a foundation of honesty and integrity.

Additionally, I have reconnected with my faith and core values, drawing strength from the teachings that guided me in my youth. I have surrounded myself with a trusted support system, including a personal board of advisors, to hold me accountable and guide me in making better choices. And I have committed myself to ongoing education and self-improvement, recognizing the importance of understanding and abiding by the laws that govern our society.

Your Honor, I am not asking for leniency out of self-pity or a desire to evade the consequences of my actions. Rather, I am asking for the opportunity to prove that I am capable of redemption and rehabilitation. I am committed to making amends to my victims and the community, and to using my experience as a cautionary tale to educate others about the dangers of selfishness and dishonesty.

In closing, I want to express my deepest gratitude to the court for considering my plea and for the opportunity to address you directly. I am ready to accept whatever sentence you deem just and fair, and I am committed to doing everything in my power to make right the wrongs I have committed.

Thank you for your time and attention.

Sincerely,

Adrian Kawuba